IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

JAMES CURRY,                                                                      PETITIONER

v.                                              CIVIL ACTION NO.:  1:14cv132-SA-SAA

MONROE CIRCUIT COURT, et al.,                                       RESPONDENTS

## ORDER GRANTING MOTION FOR RECONSIDERATION

This matter comes before the Court on the petitioner's motion for reconsideration of the September 16, 2014, order dismissing his case, which was entered based on the petitioner's failure to prosecute and comply with an order of the Court. The petitioner has now complied with the Court's prior order, and the Court determines that the instant motion [9] should be **GRANTED**. The Clerk of Court is **DIRECTED** to reopen this case and place it on the active docket.

**SO ORDERED**, this the 23rd day of September, 2014.

 /s/ Sharion Aycock
 U.S. DISTRICT JUDGE