IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

JAMES CURRY,                                                                                    PETITIONER

v.                                           CIVIL ACTION NO.: 1:14cv132-SA-SAA

MONROE CIRCUIT COURT, et al.,                                                      RESPONDENTS

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order entered today, the Court **GRANTS** Respondents' "Motion to Dismiss Pursuant to § 2244(d)" [ECF No. 15] and **DISMISSES** with prejudice the petition filed in this cause. A certificate of appealability is **DENIED**. All pending motions are **DISMISSED AS MOOT**.

**SO ORDERED** this the 17th day of December, 2014.

/s/ Sharion Aycock
Chief Judge
U.S. DISTRICT COURT
NORTHERN DISTRICT OF MS